JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| STEPHANIE FLORES, an individual<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CBEYOND, INC., a Delaware Corporation; and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV11-7883-R (CWx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANT AFTER GRANTING MOTION FOR SUMMARY JUDGMENT AGAINST PLAINTIFF** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

After consideration of the papers in support of and in opposition to defendant Cbeyond Communications, LLC's ("Cbeyond") motion for summary judgment against plaintiff Stephanie Flores ("Flores") and the oral argument of counsel, this Court orders summary judgment in favor of Cbeyond and against Flores as follows:

　　1.　　Judgment is granted in favor of Cbeyond on Flores' first cause of action for wrongful termination in violation of public policy under a stress disability theory.

　　2.　　Judgment is granted in favor of Cbeyond on Flores' first cause of action for wrongful termination in violation of public policy under a need to take medical leave theory.

BENT CARYL &
KROLL, LLP
ATTORNEYS AT LAW

[PROPOSED] JUDGMENT

1
2
3
4

    Based upon the foregoing, it is hereby adjudged and decreed that judgment be entered in favor of Cbeyond and against Flores on each claim set forth in the Complaint.  It is further adjudged and decreed that Cbeyond may recover its costs.

IT IS SO ORDERED AND ADJUDGED.

5
6
7
8

Dated:        __June 11, 2012__        _____

                                      U.S. DISTRICT COURT JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BENT CARYL &
KROLL, LLP
ATTORNEYS AT LAW

- 2 -

[PROPOSED] JUDGMENT

# PROOF OF SERVICE

I, Darryl M. Jones, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 6300 Wilshire Boulevard, Suite 1415, Los Angeles, California 90048. On May 29, 2012, I served a copy of the within document(s):

**[PROPOSED] JUDGMENT FOR DEFENDANT AFTER GRANTING OF MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT AGAINST PLAINTIFF**

X    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

Joseph M. Lovretovich, Esq.
Ellen E. Cohen, Esq.
Jennifer A. Lipski, Esq.
Law Offices of Joseph M. Lovretovich
5941 Variel Avenue
Woodland Hills, California 91367
Telephone: (818) 610-8800
Facsimile: (818) 610-3030
*Attorneys for Plaintiff Stephanie Flores*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on May 29, 2012, at Los Angeles, California.

Darryl M. Jones

BENT CARYL &
KROLL, LLP
ATTORNEYS AT LAW

PROOF OF SERVICE